

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6178**
18 USC 1010
18 USC 2     **CR-ZLOCH**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEE GARBER,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges:

From in or about March 1997, through in or about December 1997, at Broward and Dade Counties, in the Southern District of Florida and elsewhere, the defendant,

### LEE GARBER,

for the purpose of obtaining loans from Aegis Mortgage Corporation, First Bankers Mortgage Services, New America Financial, Resource Bankshares Mortgage Group, and Corinthian Mortgage Corporation, with the intent that such loans would be offered to or accepted by the United States Department of Housing and Urban Development for insurance, did (1) make, pass, utter, and publish materially false statements, to wit: verification of employment forms and pay stubs, knowing the same to be false; and (2) utter, publish, and pass as true, Uniform Residential Loan Applications, gift funds verification letters and Internal Revenue



Forms W-2, knowing them to have been altered, forged, or counterfeited, in violation of Title

18, United States Code, Sections 1010 and 2.

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

LEE GARBER_____         **Superseding Case Information**:

**Court Division**: (Select One)
                                   New Defendant(s)      Yes ___  No ___
                                   Number of New Defendants  ___
___ Miami  ___ Key West            Total number of counts    ___
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _NO_____
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days     _X_         Petty      ___
   II   6 to 10 days    ___         Minor      ___
   III  11 to 20 days   ___         Misdem.    ___
   IV   21 to 60 days   ___         Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _NO_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _NO_____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No    If yes, was it pending in the Central Region? _X_ Yes ___ No

                                   _____
                                   LYNN D. ROSENTHAL
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Court Bar No. 343226

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: __LEE GARBER_____   No.: _____

Count # I:
MAKING A FALSE STATEMENTS OF HUD; in violation of 18:1010

*Max Penalty:  2 YEARS' AND $250,000 FINE

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count # :


*Max Penalty:

Count #:


*Max Penalty:

Count #:



*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96