**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _00-6178 CR 21OCH_

UNITED STATES OF AMERICA,    :

v.    :          **NOTICE OF PERMANENT**
              **APPEARANCE AS COUNSEL**
    :          **OF RECORD**

_LEE GARBER_

FILED by __ D.C.
JUN 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW __N. Gottlieb__ and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: __6/23/00__

Attorney _____
Address __1311 SE 2nd Ave__
City __FTL__  State __FL__  Zip __33316__
Telephone __954 467 1005__
Florida Bar No. __981133__

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____

4