AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

LEE GARBER

**WAIVER OF INDICTMENT**

CASE NUMBER **00-6178**

CR-ZLOCH

I, LEE GARBER, the above named defendant, who is accused of MAKING FALSE STATEMENTS TO HUD, in violation of Title 18, United States Code, Section 1010, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __6/23/00__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
LEE GARBER
Defendant.

_____
MICHAEL A. GOTTLIEB
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE