UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6178-CR-ZLOCH

UNITED STATES OF AMERICA

vs

LEE GARBER



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 23, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: ON BOND FORM

Telephone: _____

DEFENSE COUNSEL: Name: MICHAEL GOTTLIEB, ESQ.

Address: _____

Telephone: _____

BOND SET: $ 100,000 PSB STIPULATED

Bond hearing held: yes ____ no X Bond hearing set for _____

Dated this 23RD day of JUNE, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Penny Butler_
Deputy Clerk

Tape No. 00-032

cc: Copy for Judge
    U. S. Attorney

7