COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: LEE GARBER (surr)      CASE NO: 00-6178-CR-ZLOCH
AUSA: LYNN ROSENTHAL /Stefin  ATTY: Mike Gottlieb
AGENT:                        VIOL:
PROCEEDING I/A ON INFORMATION RECOMMENDED BOND
BOND HEARING HELD - yes/(no)  COUNSEL APPOINTED
     BOND SET @ 100,000 PSB

FILED by _____ D.C.
JUN 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:
1) To be cosigned by: as directed
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:
4) surrender passport if applicable

INFO
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Advised of Charges

Waiver of indictment executed in open Court

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:
                        REMOVAL HRG:
                        STATUS CONF: N/A

Date: 6/23/00  Time 9:00   FTL/LSS TAPE #00- 032  Begin: 1909  End: 2451