# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 00-6178-CR-ZLOCH
          Plaintiff )
)
       -vs- ) REPORT COMMENCING CRIMINAL
Lee Joseph Gurber ) ACTION
       Defendant

55375-004

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. DISTRICT COURT        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 06/23/2000 AM ___ PM X

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 18 U.S.C. 1010 - HUD Fraud

(4) UNITED STATES CITIZEN: (✓) YES  ( ) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 3/19/51

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[✓] INDICTMENT  [ ] COMPLAINT  CASE # 00-6178-CR

[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PROBATION VIOLATION WARRANT
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

AMOUNT OF BOND: $_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE _____ (9) ARRESTING OFFICER SA Chris Carbonneau

(10) AGENCY FBI       (11) PHONE (305) 787-6426

(12) COMMENTS _____

