**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6178-CR-ZLOCH**

**UNITED STATES OF AMERICA**

      **v.**

**LEE GARBER**

FILED by _____ D.C.

JUL 17 2000

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE:**                                         **COURTROOM A**
**299 E. BROWARD BLVD.**                **DATE & TIME:**
**FT. LAUDERDALE, FL 33301**         **August 4, 2000 at 10:30 AM**

**CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

                                                       CLARENCE MADDOX
                                                       CLERK OF COURT

                                                       *[signature]*
                                                       BY DEPUTY CLERK

DATE: July 17, 2000

cc:
Lynn Rosenthal, Esq., AUSA
Michael Gottlieb, Esq.