UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
AUG 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6178-CR-Zloch   DATE 8-30-00

CLERK Carlos Newby   REPORTER Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Lee Barker

U. S. ATTORNEY Lynn Rosenthal   DEFT COUNSEL Michael Gottlieb

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to one Count Information

RESULT OF HEARING Deft entered plea of Guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to the one Count Information

CASE CONTINUED TO 11-17-00   TIME 10:30   FOR Sentencing

MISC W/Written Plea Agreement

16