United States District Court
for
SOUTHERN FLORIDA

U.S.A. vs. **Garber, Lee**                Docket No. **00-6178-CR-ZLOCH**

Petition for Action on Conditions of Pretrial Release

COMES NOW **DARWIN CRENSHAW**, Pretrial Services Officer, presenting an official report upon the conduct of defendant **LEE GARBER** who was placed under pretrial release supervision by the **HONORABLE LURANA S. SNOW** sitting in the court at **FORT LAUDERDALE**, on the **23rd day of June 2000** under the following conditions:

1) $100,000 Personal Surety Bond
2) Report to Pretrial Services as directed
3) Travel restricted to the Southern District of Florida
4) Maintain current residence

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Mr. Garber has violated the standard condition of release that he not commit any act in violation of State or Federal law, by way of testing positive for marijuana. On September 6, 2000, U.S. Probation Officer Edward Cooley contacted this officer and informed that he is handling the Presentence Report in this case. He related that on September 6, the defendant submitted to random substance abuse testing and it resulted positive for marijuana. This result was confirmed positive for marijuana on September 13, 2000, by PharmChem Laboratories.

**PRAYING THAT THE COURT WILL ORDER modification of bond as follows: random urinalysis drug testing and/or treatment as directed by Pretrial Services.**

ORDER OF COURT                                              Respectfully,

Considered and ordered this  29th
___Day of September, 2000.                                  Darwin L. Crenshaw
and ordered filed and made a part of the                    U.S. Pretrial Services Officer
records in the above case.

                                                            Place  Ft. Lauderdale, FL

Honorable William J. Zloch                                  Date  September 26, 2000
Chief U.S. District Judge