UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ____ D.C.
NOV 17 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6178-CR-Zloch   DATE 11-17-00
CLERK Carlene Newby   REPORTER Carl Schanzlee
PROBATION GeorgeAnn Staley   INTERPRETER ____

UNITED STATES OF AMERICA   v.   Lee Corker

U. S. ATTORNEY Jeff Kaplan   DEFT COUNSEL Michael Gottlieb

DEFENDANT:  (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING   Sentencing

RESULT OF HEARING Parties stipulate as to objections -
Ct. 1 - ~~months~~ 1 year & 1 day -
$149,102.79 joint & several
Restitution - $100 assessment -
JUDGMENT 1 yr Supervised Release -
Spec conds - Participate in Drug/Alcohol
treatment - Maintain full time employment -
Provide full financial disclosure -

CASE CONTINUED TO ____   TIME ____   FOR
Execution of sentence deferred until
MISC Noon Jan 19, 2001 -

20