UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NUMBER: 00-6178-CR-ZLOCH

Plaintiffs,  JUDGE ZLOCH

vs.

LEE GARBER

Defendant.
_____/

## EMERGENCY MOTION FOR TEMPORARY RELEASE FROM CUSTODY

COMES NOW, LEE GARBER, the Defendant in the above styled cause, and requests that this Honorable court enter an order allowing the Defendant to be released from custody temporarily to attend his fathers funeral, as grounds therefore, the undersigned would state as follows:

1. The Defendant was sentenced for the offense of making false statements to HUD.

2. That the Defendant was sentenced to one year one day Federal Prison.

3. That the Defendant had no prior criminal history.

4. That the Defendant was found to not have enough money to pay a fine

5. That the Defendant has close family ties in the South Florida community.

6. That the Defendant's father passed away on July 16, 2001.

7. That the Defendant's mother is making funeral plans for the fathers passing and would like to include the Defendant.

8. That the is no set funeral date as of the filing of the instant motion.

9. That the Defendant hereby requests that this Honorable court grant this motion and allow the Defendant a furlough of two weeks so that he can attend the funeral and be with his family



during this time of need.

10. That the Defendant would be amenable to any conditions of release that this court may see fit to set.

11. That the Defendant will incur any and all costs of his temporary release.

### 10-G Certficate

The undersigned contacted the Office of the United States Attorney and spoke to AUSA Jeff Kaplan, who has advised that he has no objection to the granting of this motion.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an order allowing the Defendant a two week furlough for the purposes of attending his fathers funeral.

I HEREBY CERTIFY that a true copy of the foregoing has been delivered, by hand, to the Office of the United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, this _____ day of July, 2001.

Michael A. Gottlieb, Esquire
Michael A. Gottlieb, P.A.
1311 S. E. 2nd Avenue
Fort Lauderdale, Florida 33316
(954) 462-1005
Florida Bar #981133