UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NUMBER: 00-6178-CR-ZLOCH

    Plaintiffs,                                JUDGE ZLOCH

vs.

LEE GARBER

    Defendant.
_____/

## WITHDRAWAL OF EMERGENCY MOTION FOR TEMPORARY RELEASE FROM CUSTODY

COMES NOW, LEE GARBER, the Defendant in the above styled cause, and requests that this Honorable court allow the Defendant to withdraw his motion requesting release from custody, as grounds therefore, the undersigned would state as follows:

1. The Defendant was sentenced for the offense of making false statements to HUD.

2. That the Defendant's father has passed while the Defendant has been incarcerated.

3. That, per the Defendant's mother, the Federal Bureau of Prisons has apparently granted the Defendant an administrative furlough.

4. Therefore, the Defendant withdraws the previous motion for a furlough in as much as it appears to be a moot issue.

WHEREFORE, the Defendant respectfully requests that this Honorable Court allow the Defendant to withdraw the Emergency Motion for Temporary Release from Custody.

I HEREBY CERTIFY that a true copy of the foregoing has been delivered, by hand, to the Office of the United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301,



this \_\_\_\_ day of July, 2001.

*[signature]*

Michael A. Gottlieb, Esquire
Michael A. Gottlieb, P.A.
1311 S. E. 2nd Avenue
Fort Lauderdale, Florida 33316
(954) 462-1005
Florida Bar #981133