UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6178-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**O R D E R**

LEE GARBER,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant, Lee Garber's Withdrawal Of Emergency Motion For Temporary Release From Custody (DE 25). The Court having carefully reviewed said Withdrawal and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant, Lee Garber's Withdrawal Of Emergency Motion For Temporary Release From Custody (DE 25) be and the same is hereby **GRANTED**, and the Defendant, Lee Garber's Emergency Motion For Temporary Release From Custody (DE 23) be and the same is hereby **WITHDRAWN**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of July, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Lynn Rosenthal, Esq., AUSA
Michael A. Gottlieb, Esq.